Frank M. Weyer, Esq. (State Bar No. 127011)
**TECHCOASTLAW®**
2032 Whitley Ave.
Los Angeles CA 90068
Telephone: (310) 926-3928
Facsimile: (310) 494-9089
fweyer@techcoastlaw.com

Attorney for Plaintiffs
Frank M. Weyer and
Troy K Javaher

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M. WEYER and TROY K. JAVAHER,<br><br>Plaintiffs,<br><br>v.<br><br>MYSPACE, INC., a Delaware Corporation, and FACEBOOK, INC., a Delaware Corporation,<br><br>Defendants. | Civil Action No.<br>CV 10-00499 MRP (FFMx)<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COME NOW, Plaintiffs FRANK M. WEYER and TROY K. JAVAHER ("Plaintiffs"), and on information and belief allege as follows:

## JURISDICTION AND VENUE

1. This is an action for patent infringement under 35 U.S.C. §§ 271 et. seq. and 28 U.S.C. §§ 1331 and 1338(a).

2. The acts of patent infringement alleged herein occurred within this judicial district, and Defendants MYSPACE, INC. and FACEBOOK, INC.

("Defendants") reside in this judicial district. Therefore, venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b).

## PARTIES

3. Plaintiffs are individuals.

4. Defendant MYSPACE, INC. ("MySpace") is a Delaware Corporation with a place of business in Beverly Hills, California.

5. Defendant FACEBOOK, INC. ("Facebook") is a Delaware Corporation with a place of business in Palo Alto, California.

## FIRST CAUSE OF ACTION
## PATENT INFRINGEMENT

6. Plaintiffs incorporate by reference paragraphs 1 – 5 as though fully set forth herein.

7. Plaintiffs are the inventors and owners of U.S. Patent No. 7,644,122 issued on Jan. 5, 2010 for "Method Apparatus and Business System for Online Communications with Online and Offline Recipients" ("the '122 patent").

8. The '122 patent is valid and in full force and effect.

9. The '122 patent is directed to a novel system for providing online presences for members of a group of members by providing home pages for members that contain controls for sending messages to and for submitting comments about the members.

10. On its website at www.myspace.com, Defendant MySpace states that "MySpace respects the intellectual property of others."

11. On its website at www.facebook.com, Defendant Facebook states that "We respect other people's rights, and expect you to do the same."

12. Defendant MySpace has infringed, and continues to infringe, the '122 patent directly, contributorily, and by active inducement pursuant to 35 U.S.C. §271 by practicing the claimed invention without consent of Plaintiffs via MySpace's website at www.myspace.com.

13. Defendant Facebook has infringed, and continues to infringe, the '122 patent directly, contributorily, and by active inducement pursuant to 35 U.S.C. §271 by practicing the claimed invention without consent of Plaintiffs via Facebook's websites at www.facebook.com and www.fb.me.

11. Defendants each have actual notice of Plaintiffs' patent rights but Defendants continue to act in conscious and willful disregard of those rights.

12. Defendants' infringements of Plaintiffs' patent rights have irreparably damaged Plaintiffs and will continue to cause irreparable harm unless enjoined by the Court.

## **DEMAND FOR RELIEF**

**WHEREFORE**, Plaintiffs ask this Court to:

a. Enter judgment for Plaintiffs against each Defendant on this Complaint;

b. Enter a preliminary and permanent injunction to enjoin each Defendant, and all those in privity with Defendants, from further infringement of the '122 patent during the remaining term of the patent;

c. Award compensatory damages to Plaintiffs and to increase those damages three times in accordance with 35 U.S.C. § 284;

d. Award Plaintiffs reasonable attorneys' fees in accordance with 35 U.S.C. § 285;

e. Award Plaintiffs interest and costs; and

f. Award Plaintiffs such other and further relief as is just and proper.

DEMAND FOR JURY TRIAL

    Plaintiffs hereby demand a trial by jury of all issues so triable.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**TECHCOASTLAW®** |
| Dated: February 16, 2010    By: | _/s/ Frank M. Weyer_____<br>Frank M. Weyer (State Bar No. 127011)<br>2032 Whitley Ave.<br>Los Angeles, CA 90068<br>(310) 926-3928<br>Fax (310) 494-9089<br>fweyer@techcoastlaw.com<br>Attorney for Plaintiffs<br>FRANK M. WEYER<br>TROY K. JAVAHER |